1

2

3

4

5

6

7

8

9

10

11

12

# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

13    TIMOTHY BUFORD,                         CV F 04 5543 AWI LJO P

14                   Plaintiff,

15        v.                                  FINDINGS AND RECOMMENDATIONS TO
                                              REVOKE PLAINTIFF'S IN FORMA
16                                            PAUPERIS STATUS AND REQUIRE
      CSATF/SP PHARMACY MGR, et. al.,         PLAINTIFF TO PAY FEE WITHIN THIRTY
17                                            DAYS

                   Defendants.
18    _____/

19

20        Timothy Buford ("Plaintiff") is a state prisoner proceeding pro se in this civil rights

21    action filed pursuant to 42 U.S.C. § 1983.  Plaintiff filed the instant a complaint on April 8,

22    2004.  On April 20, 2004, the Court granted Plaintiff leave to proceed in forma pauperis.  (Doc.
      3.)

23
          28 U.S.C. § 1915 governs proceedings in forma pauperis.  Section 1915(g) provides that
24
      "[i]n no event shall a prisoner bring a civil action . . . under this section if the prisoner has, on 3
25
      or more prior occasions, while incarcerated or detained in any facility, brought an action or
26
      appeal in a court of the United States that was dismissed on the grounds that it is frivolous,
27
      malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under
28

1

1   imminent danger of serious physical injury."

2       A review of the record of actions filed by Plaintiff in the United States District Court for

3   the Eastern District of California reveals that Plaintiff filed three or more actions that were

4   dismissed as frivolous, as malicious, or for failing to state a claim upon which relief may be

5   granted.[1]  Plaintiff has been subject to section 1915(g) since December 16, 2002, and is

6   precluded from proceeding in forma pauperis in any action filed after that date unless Plaintiff is,

7   at the time the complaint is filed, under imminent danger of serious physical injury.  The Court

8   has reviewed Plaintiff's Complaint and finds that Plaintiff has not alleged any facts that support a

9   finding that he is, at this time, under imminent danger of serious physical injury.  Thus, Plaintiff

10   may not proceed in forma pauperis, and must submit the appropriate filing fee in order to proceed

11   with this action.  Because the Court previously granted Plaintiff leave to proceed in forma

12   pauperis in this action, the Court RECOMMENDS that Plaintiff's in forma pauperis status be

13   revoked and Plaintiff be ordered to submit the filing fee in full within THIRTY (30) days.

14       Accordingly, based on the foregoing, the court HEREBY RECOMMENDS that:

15       1.    Pursuant to 28 U.S.C. § 1915(g), Plaintiff's in forma pauperis status in this action

16           be revoked;

17       2.    Plaintiff be ordered to submit the $150.00 filing fee in full within **THIRTY (30)**

18           days; and

19       3.    If Plaintiff fails to pay the $150.00 filing fee in full within thirty (30) days, the

20           action be dismissed, without prejudice.

21       These Findings and Recommendations will be submitted to the United States District

22   Judge assigned to the case, pursuant to the provisions of Title 28 U.S.C. § 636(b)(l).  Within

23   THIRTY (30) days after being served with these Findings and Recommendations, Plaintiff may

24   file written objections with the court.  The document should be captioned "Objections to

25

---

26      [1] To date, Plaintiff has filed seventeen cases in this district.  Among the dismissals suffered by Plaintiff that

27   count as strikes under 1915(g) are <u>Buford v. Gray</u>, CV-F-00-6206-OWW-SMS-P (dismissed for failure to state a claim on 1/23/01), <u>Buford v. Fresno County Jail</u>, CV-F-00-5542-OWW-HGB-P (dismissed for failure to state a claim on 3/21/01), and <u>Buford v. Hicks</u>, CV-F-02-5265-AWI-DLB-P (dismissed for failure to state a claim on

28   12/16/02).

1   Magistrate Judge's Findings and Recommendations."  Plaintiff is advised that failure to file

2   objections within the specified time may waive the right to appeal the District Court's order.

3   Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

4

5   IT IS SO ORDERED.

6   **Dated:   June 3, 2005**                                   /s/ Lawrence J. O'Neill
    b9ed48                                        UNITED STATES MAGISTRATE JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28